# EXHIBIT A

STATE OF NORTH CAROLINA    IN A COURT OF GENERAL JURISDICTION
BRUNSWICK COUNTY    SUPERIOR COURT DIVISION

_____X

SARA SINGER, as a representative
of the Class of Residents of
Brunswick County,

           Plaintiffs,

-v-

CHEMOURS, INC., The CHEMOURS
COMPANY, THE CHEMOURS
COMPANY FC, LLC., and
DUPONT INDUSTRIAL BIOSCIENCES
USA, LLC.

           Defendants.

_____X

         FILED
DATE: May 12, 2026
TIME: 12:02:55 PM
BRUNSWICK COUNTY
CLERK OF SUPERIOR COURT
BY: T. Edwards

COMES NOW THE PLAINTIFF(s) as and for a complaint, respectfully sets forth:

1. This is an action in Equity in which the plaintiff and residents of Brunswick County seek equitable relief from defendants for their past and continued pollution of the waters flowing into the County and into the homes and businesses of the residents and inhabitants of Brunswick County, North Carolina.

## THE PARTIES

2. Plaintiff Sara Singer is now and has been a resident of Brunswick County who has a home and family living and working in the County and

consumes and uses water from a well contaminated by toxins that have seeped into the ground water after being discharged from defendant's plant.

3. The Class of Plaintiffs are residents and employers and employees of Brunswick County. North Carolina who reside, work and visit the County who consume and use water in the County both supplied by the County and from wells contaminated with toxins released into the County by defendants.

4. The Chemours defendants are all foreign Corporations registered to do business in North Carolina with their headquarters in Wilmington, Delaware. and registered agents in Raleigh, North Carolina.

5. Defendant DuPont Industries Biosciences USA, LLC, historically named E.I. du Pont de Nemours & Co., is the predecessor Corporation from which DuPont Industries and Chemours separated from and became an Independent company.

6. Both defendants have produced perfluroocatanoic acid (PFOA) chemicals for the production of a variety of products, such as non-stick pans. These chemicals are known as "forever chemicals" (PFAS) because they presently can not be broken down into harmless chemicals. These chemicals have been routinely dumped into North Carolina waters by both defendants.

7. As a result of the release of these chemicals, specifically PFAS, being dumped into North Carolina waters, the plaintiffs and their families, and the members of the Class of plaintiffs, have consumed, bathed, cooked with, cleaned themselves with and been exposed to these chemicals on a daily basis.

Brunswick County farmers have also had to use this water to feed livestock and water crops further exposing residents to these toxins.

## JURISDICTION

8. Plaintiffs repeat and re-allege each and every allegation in paragraphs 1 through 7 as if more fully set forth herein.

9. North Carolina General Statute 1-75.4 affords the Courts Personal Jurisdiction where the claim arises within the State and 1-75.4(1)(d) a party is engaged in substantial activity within the State; and (4) in an action claiming injury within the State.

10. In the instant case, the defendants have engaged in actions within the State that have caused injury and harm to people within the State and specifically Brunswick County.

## FIRST CAUSE OF ACTION
(Breach of Fiduciary Duty)

11. Plaintiffs repeat and re-allege each and every allegation in paragraphs 1 through 10 as if more fully set forth herein.

12. Article 21 Section 143-211(a) of the North Carolina Statutes recognizes that the water and air resources belong to the people and it is in the best interest of all citizens and the State notes and declares that the prudent utilization of those resources to be essential to the general welfare.

13. In accordance with the provisions of Article 21, the citizens of Brunswick County North Carolina have been subjected to contaminated water as a direct result of defendant's actions and in violation of Article 21.

14. The chemicals discharged into the waters have contained "forever chemicals", described above, which have a negative effect on the human body. PFAs have been shown to cause cancer and liver disease and other diseases.

15. The production of these chemicals has allowed the defendants to realize significant profits from the sale and use of these chemicals in numerous products.

16. By placing profits above the health of people, the defendants have breached their Fiduciary Duty to the people of Brunswick County placing all the residents who receive water through sources from the Cape Fear River Basin at risk of serious harm.

17. While recognizing a company's duty to it's stockholders, and it's right to make a profit, those rights run in conjunction with a company's duty to the public. The defendants have and had a duty to act with the competence and care of a prudent person.

18. Defendants failed to act with the competence and care of a prudent person and have endangered the lives and health of the residents of Brunswick County.

19. Plaintiffs, therefore, request that the defendants remedy this breach by cleaning the pollution they have caused and demand remediation of the waters

in and around Brunswick County. It is incumbent on the defendants to take those actions necessary to rectify a condition they created and ask the Court to monitor the progress of the clean-up for the protection of plaintiffs.

## AS AND FOR A SECOND CAUSE OF ACTION
(Breach of Environmental Justice Policy)

20. Plaintiffs repeat and re-allege each and every allegation in paragraphs 1 through 19 as if more fully set forth herein.

21. Defendants actions have had a negative impact on all members of the Brunswick County Community. Water used on farms has impacted our farmers and our food. Water used in our homes has impacted our residents, our visitors and our tourist.

22. Residents unable to afford the expensive filter systems necessary to combat these toxins have been caused to suffer the greatest losses because the defendants have failed to respect the environmental justice policy.

23. Environmental Justice requires that all people be treated fairly and equitability in environmental issues.

24. The defendants' actions have been in direct violation of these policies by failing to address the needs of those unable to protect themselves from the defendants pollution,

25. Plaintiffs. therefore, request that the defendants provide the funds for the purchase of the necessary filter systems to every resident of Brunswick

County. That the Court monitor this program so that all residents are treated fairly and equitably.

WHEREFORE, it is respectfully request that this Court issue an order :

A: ordering defendants to remedy the pollution they placed in the water by whatever means necessary per the First Cause of Action, and for the Court to monitor those efforts and to;

B: Ordering the defendants to provide those funds necessary for every resident to be able to purchase a filter system for their entire home to remove those toxins in the water placed there by defendants.

Dennis A. Breen
Attorney for Plaintiffs
Bar #: 55658
13 Gate 12
Carolina Shores, N.C. 28467
908-432-1137
dab123456@aol.com